RECEIVED

DEC 14 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANTONIO TEZENO, JR.<br>LA. DOC #440353<br>VS. | CIVIL ACTION NO. 09-1030<br><br>SECTION P<br><br>JUDGE DOHERTY |
| SOUTH LOUISIANA CORRECTIONAL<br>CENTER, ET AL. | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this _14_ day of _December_, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE